UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

LINDA PEATMAN,

                              Plaintiff,

  -vs-

                                                      Case 1:15-cv-00370-EAW

COTT BEVERAGES INC.,

                              Defendant.
_____

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Linda Peatman, and Defendant, Cott Beverages Inc., by their undersigned counsel, hereby stipulate that all causes of action and claims in the above-styled action should be dismissed on the merits, with prejudice, and without costs or attorneys' fees to any party. The parties further stipulate that either of them may file this stipulation with the Court.

Dated: February 23, 2016
         Buffalo, New York

| LIPPES MATHIAS WEXLER FRIEDMAN LLP | THE TARANTINO LAW FIRM LLP |
|---|---|
| /s/ Amy Habib Rittling | /s/ Kevin P. Wicka |
| By: Amy Habib Rittling, Esq. | By: Kevin P. Wicka, Esq. |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Cott Beverages, Inc.* | *Linda Peatman* |
| 665 Main Street, Suite 300 | 1500 Rand Building |
| Buffalo, New York 14203 | 14 Lafayette Square |
| (716) 853-5100 | Buffalo, New York 14203 |
| ahabibrittling@lippes.com | (716) 849-6500 |
| | kwicka@tarantinolaw.com |

1